THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM A. FREDERICK, Appellant. [718 NYS2d 248] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO GUITTIEREZ, Appellant. [718 NYS2d 248] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELISHA PHELPS, Appellant. [718 NYS2d 249] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON E. SARNICOLA, Appellant. [718 NYS2d 250] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY SINGLETON, Appellant. [718 NYS2d 250] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Geraci, J.—Rape, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.